UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kesha Gooden, Victoria Gooden, Robert Goodman, Benjamin Williams )
)
Plaintiff(s), )
)
vs. )
)
Frontier Airlines )
_____, )
)
Defendant(s). )

RECEIVED
AUG -7 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.

1:24-cv-06951
Judge John F. Kness
Magistrate Judge Maria Valdez
Cat 2-Random Assignment

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Kesha C. Gooden, Victoria S. Gooden, Robert D. Goodman, Benjamin T. Williams

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4.  Defendant, **Frontier Airlines**, is

    (name, badge number if known)

    ☐ an officer or official employed by _____;
    (department or agency of government)

    _____or

    ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5.  The municipality, township or county under whose authority defendant officer or official acted is **Denver CO.** . As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6.  On or about **8-3-24**, at approximately **8**  ☐ a.m. ☒ p.m.
    (month,day, year)
    plaintiff was present in the municipality (or unincorporated area) of **Chicago Illinois**, in the County of **Cook**, State of Illinois, at **Midway International Airport**,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

    ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☐ searched plaintiff or his property without a warrant and without reasonable cause;
    ☐ used excessive force upon plaintiff;
    ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☐ failed to provide plaintiff with needed medical care;
    ☐ conspired together to violate one or more of plaintiff's civil rights;
    ☒ Other: **Refused accomadations for cancel flight of a person with disabilities and protected class under title VII and title XI**

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: **(Leave blank if no custom or policy is alleged)**:_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. **(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")** The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Plaintiffs purchase ticket to fly from MDW to LAS Airport on 8-3-24 Airlines changed plaintiffs flight to a later time which was canceled due to weather on the east coast. Airline accomated other passengers of caucasian, asian, and hispanic race, but refused to accomadate black passangers violation civil right act title VII Kesha Gooden and her son William Deremus has a disability and the refusal to accomadate these passangers violate civil rights act title XI.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Emotional damages because of Frontier employee's treatment loss monetary value on Hotels, transportation and other prepaid entertainment.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *[signature]*

Plaintiff's name *(print clearly or type)*: Benjamin Williams

Plaintiff's mailing address: 1343 W Washburne

City Chicago State IL ZIP 60608

Plaintiff's telephone number: (773) 490-2606

Plaintiff's email address *(if you prefer to be contacted by email)*: bw.campaign2018@gmail.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

1:23 cv 05274

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Robert D. Goodman

Plaintiff's name *(print clearly or type)*: Robert D. Goodman

Plaintiff's mailing address: 4637 S. Drexel

City Chicago    State Illinois    ZIP 60653

Plaintiff's telephone number: (312) 200-7040

Plaintiff's email address *(if you prefer to be contacted by email)*: goodmanr7710@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☐ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Kesha Gooden

Plaintiff's name *(print clearly or type)*: Kesha Gooden

Plaintiff's mailing address: 1343 W. Washburn

City Chicago   State IL   ZIP 60608

Plaintiff's telephone number: (312) 200-7396

Plaintiff's email address *(if you prefer to be contacted by email)*:

Kesha080676@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Victoria Gooden*

Plaintiff's name *(print clearly or type)*: Victoria Gooden

Plaintiff's mailing address: 1343 W Washburne Ave

City Chicago State IL ZIP 60608

Plaintiff's telephone number: (312) 316-6265

Plaintiff's email address *(if you prefer to be contacted by email)*: Vgooden190@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5