IC 

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Kesha Gooden
Victoria Gooden
Robert Goodman
Benjamin Williams

(full name of plaintiff or petitioner)

**FILED**
AUG -7 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)**

(full name of defendant(s) or respondent(s))

Frontier Airlines

1:24-cv-06951
Judge John F. Kness
Magistrate Judge Maria Valdez
Cat 2-Random Assignment

**Instructions:** Please answer every q_
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[ ] to request an attorney

1. *Are you employed?*
   [ ] Yes    Name and address of employer: City Foods Inc. 4230 S. Racine
              Total amount of monthly take-home pay: _____
   [X] No     Date(s) of last employment: _____  Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [ ] Not married
   [X] Yes    Name and address of spouse's employer: _____
              Total amount of spouse's monthly take-home pay: _____
   [ ] No     Date(s) of spouse's last employment: _____  Spouse's last monthly take-home pay: $1448

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   Self-employment, business, or profession: $ 0
   Income from interest or dividends: $ 0
   Income from rent payments: $ 0
   Pensions, annuities, or life insurance: $ 0
   Disability or worker's compensation: $ 0
   Gifts (including deposits into any accounts in your name): $ 0
   Unemployment, public assistance, or welfare: $ 441
   Settlements or judgments (include any that are expected): $ 0
   **Any other source of money:** $ 0

Page 1 of 2

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☒ No  If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:
   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☒ Yes ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   RG Son   William Deramus, SG Son
   WG Grand daughter

7. *Debts and financial obligations*: List any amounts you owe to others:

   Phone   $200     Utilities $300
   Rent    $900
   Storage $400

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

   Barely can pay rent and utilities
   _____
   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 8-7-24                 _Kesha Gooden_
                             Applicant's signature
                             Kesha Gooden
                             Printed name